lant to abide event, upon questions of law only, the facts having been examined and no error found therein. Held, that the piano was delivered to the plaintiff under a written contract and not under a parol agreement. All concurred. Spring, J., not sitting.

The Wyoming County National Bank of Warsaw, Appellant, v. George M. Miller and Mary H. Miller, Respondents.— Judgment affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. John Smith, Appellant. — Judgment reversed and new trial ordered, with costs to the appellant to abide event. Held, that the evidence presented questions of fact as to the ownership and sale of the milk by the defendant which should have been submitted to the jury. All concurred.

Edward Ostrander, Individually, etc., Respondent, v. Caroline A. Ostrander, Impleaded, etc., Appellant.— Motion to resettle order denied.

Samuel H. Pierie, Appellant, v. Horace W. Smith and Lyman P. Smith, Respondents.— Judgment affirmed, with costs. All concurred.

Emily S. Switzer, Respondent, v. Charles F. Hamlin, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide event, upon questions of law and fact. Held, that the verdict awarding damages is not supported by the evidence, and for that reason and other errors appearing in the record the judgment and order are reversed. All concurred.

Clara D. McNeill, Respondent, v. Village of Fredonia, Appellant.— Judgment and order affirmed, with costs. All concurred, except Nash, J., who dissented.

Lenora Kaminski, as Administratrix, etc., of Joseph Yonshefsky, Deceased, Appellant, v. The Lehigh Valley Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Mary Hartwick, Respondent, v. Edwin R. Ford and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Emily K. Pelham, Appellant, v. The Buffalo, Rochester and Pittsburg Railway Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Adam Dickey, Appellant, v. International Railway Company, Respondent.— Order affirmed, with costs. Held, that it must be assumed that the order granting the motion for a new trial was granted upon the ground, amongst others, that the verdict was against the weight of the evidence, and that this being so, said order should be affirmed without passing upon the question whether, as matter of law, the plaintiff was entitled to go to the jury. All concurred.

Lucy Parker, Appellant, v. Solomon George and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Wallace Jemison, Respondent, v. The Bell Telephone Company of Buffalo, Appellant.— Judgment affirmed, with costs. All concurred.

Lockport Public Library, Respondent, v. Mary A. Lewis, as Sole Executrix, etc., of S. Curtis Lewis, Late of the City of Lockport, New York, Deceased, Appellant.— Judgment affirmed, with costs. All concurred.

Arnold J. Webb and George R. Webb, Plaintiffs, v. Gerrit S. Sweet and Others, Defendants.— Judgment directed in favor of the plaintiff on the submission for $1,500, with accrued interest thereon, subject to the fees of the trustee, with costs against the defendants Gerrit S. Sweet and Mary E. Lane. All concurred.

George Damon, Respondent, v. George Doheny, Appellant, Impleaded with Charles C. Pope.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide event, unless the plaintiff stipulates to reduce the verdict to the sum of $2,500 as of the date of the rendition thereof, in which event the judgment as so modified and the order are affirmed, without costs of this appeal to either party. All concurred, except Hiscock, J., not voting.

Emma D. Pitkin, as Administratrix, etc., of Fay Pitkin, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs, on authority of same case on former appeal, reported in 94 Appellate Division Reports at page 31. All concurred; McLennan, P. J., concurring upon the first ground stated in the opinion written on former appeal,

Emma D. Pitkin, as Administratrix. etc., of Fay Pitkin, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concurred.